■ DALE S. BAUTER, Appellant, v ROBERT E. COMSTOCK, Respondent. [29 NYS3d 206]—Appeal from an order of the Supreme Court, Jefferson County (James P. McClusky, J.), dated March 24, 2015. The order, insofar as appealed from, denied the cross motion of plaintiff for summary judgment on the issue of negligence.

Now, upon reading and filing the stipulation withdrawing appeal signed by the attorneys for the parties on March 22, 2016,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Whalen, P.J., Centra, Carni, DeJoseph and Troutman, JJ.

■ MARK ALLEN SHAW et al., Plaintiffs, and JOSEPH G. TERRIZZI, Respondent, v CHESTER VANARSDALE, Appellant. (Appeal No. 1.) [29 NYS3d 206]—Appeal from an order of the Supreme Court, Chautauqua County (Deborah A. Chimes, J.), entered October 17, 2014. The order, among other things, permanently enjoined defendant from placing a dock in waters abutting Elmwood Avenue, from using Elmwood Avenue to store his personal items and from constructing any further structures on Elmwood Avenue, and directed that defendant remove the dock and his personal items within 60 days.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Shaw v VanArsdale* ([appeal No. 2] 138 AD3d 1411 [2016]). Present—Whalen, P.J., Centra, Carni, DeJoseph and Troutman, JJ.